IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR81** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JASON HAWTHORNE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion in Limine (Filing No. 157).

IT IS ORDERED that the Defendant's Motion in Limine (Filing No. 157) is held in abeyance and will be decided at the conference scheduled in chambers on the first day of trial.

DATED this 2nd day of December, 2009.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge