UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>**JASON HAWTHORNE,** )<br>**MICHAEL DAVIS,** )<br>**CHAD WINTERS,** )<br>**KENNY DOFNER,** )<br>**GREGORY STANEK,** )<br>**BRADFORD WINNIE,** )<br>)<br>**Defendants.** ) | CASE NO. 8:09CR81<br><br><br><br>FINAL ORDER OF<br>FORFEITURE |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 291). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 17, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841 and 853 and Title 18, United States Code, Sections 922 and 924, based upon the Defendants' pleas of guilty to the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $406.00 in United States currency, a New England Firearms, Model: Pardner SBI, 12-gauge short-barreled shotgun, serial no. NK272765, and a Jennings Firearms semi-automatic pistol, Model : J-22, .22 caliber, serial no. 531602, a Ruger Rifle, Model: 77/17, .17 caliber, serial no. 703-25984, a Thompson (Center Arms Co.) Rifle, Model: Encore, 7mm-08 caliber, serial no. PS67950, a Ruger Rifle, Model: M77 Mark II, 280 caliber, serial no. 784-59858, a Ruger Rifle, Model: M77, 22-250 caliber, serial no. 710-49091, an Armalite Rifle, Model: AR-10, 7.62x39 caliber, serial no. US306550, a Norinco (North China Industries) Rifle, Model: MAK-90 Sporter, 7.62x39 caliber, serial no.

9324931, a Springfield XD 40 handgun, serial no. US268355, and a Hunter Arms Co. 12-gauge shotgun, Model: Hunter One Trigger, serial no. 205454, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on August 12, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on October 13 , 2010 (Filing No. 290).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 291) is hereby sustained.

B. All right, title and interest in and to the subject property, held by any person or entity, is hereby forever barred and foreclosed.

C. The subject property, be, and the same hereby are, forfeited to the United States of America.

D. The United States Bureau of Alcohol, Tobacco, Firearms and Explosives for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 20th day of October, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge